**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1691**

_____

RICHARD D. SANDERS,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF THE ARMY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.  (CA-03-641-3)

_____

Submitted:  October 14, 2004          Decided:  October 19, 2004

_____

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard D. Sanders, Appellant Pro Se.  Robert P. McIntosh, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard D. Sanders appeals the district court's order dismissing his civil action finding that it is barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Sanders v. United States Dep't of the Army</u>, No. CA-03-641-3 (E.D. Va. Apr. 20, 2004). We deny Sanders' motion opposing the government's request for an extension of time to file its informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>